|   |   |
|---|---|
| UNITED STATES DISTRICT COURT | |
| WESTERN DISTRICT OF WASHINGTON | |
| AT TACOMA | |

DARNELL O MCGARY,

          Petitioner,

   v.

MARK STRONG,

          Respondent.

CASE NO. C14-5829 BHS-KLS

ORDER DENYING PETITIONER'S MOTION FOR COUNSEL

    Petitioner Darnell McGary seeks an order appointing counsel in his habeas proceeding. Dkt. 11. Having carefully considered the motion, the Court finds that it should be denied.

**DISCUSSION**

    There is no constitutional right to the appointment of counsel in a federal habeas corpus proceeding. *McCleskey v. Zant*, 499 U.S. 467, 495 (1991); *Pennsylvania v. Finley*, 481 U.S. 551, 555 (1987). If an evidentiary hearing is required, the Court may appoint counsel for a petitioner who qualifies under 18 U.S.C. § 3006(A)(g). Rule 8(c), 28 U.S.C. foll. § 2254. The Court may also appoint counsel at an earlier stage of the proceedings if the interest of justice so requires. 18 U.S.C. § 3006(A); *see also* 21 U.S.C. 848(q); 28 U.S.C. § 2254(h); *Terrovona v. Kincheloe*, 912 F.2d 1176, 1181-82 (9th Cir. 1990); *Dillon v. United States*, 307 F.2d 445, 447 (9th Cir. 1962).

"In exercising its discretion, the district court should consider the legal complexity of the case, the factual complexity of the case, and the petitioner's ability to investigate and present his claims, along with any other relevant factors." *Hoggard v. Purkett*, 29 F.3d 469, 471 (8th Cir. 1994) (citing *Abdullah v. Norris*, 18 F.3d 571, 573 (8th Cir. 1994)).

Mr. McGary fails to show the appointment of counsel is necessary at this time. The motion is at best premature. Respondent has not yet answered the petition, the Court has not determined whether an evidentiary hearing is necessary, and Mr. McGary has not shown the case presents complex legal or factual issues that would require the appointment of counsel in the interests of justice.

Accordingly, the motion for appointment of counsel (Dkt. 11) is **DENIED.** The Clerk shall send a copy of this Order to Petitioner and to counsel for Respondent.

DATED this 1st day of December, 2014.

Karen L. Strombom
United States Magistrate Judge

ORDER DENYING PETITIONER'S MOTION FOR COUNSEL- 2